

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | § | No. 08-18-00092-CR |
| State, | § | Appeal from the |
| v. | § | 346th District Court |
| MICHAEL ANTHONY TORRES, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20170D03112) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **March 27, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ray Velarde, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before March 27, 2019.

IT IS SO ORDERED this 26th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.